**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01105-CV

**TEXAS CAPITAL HOLDINGS, LLC AND TCHF III, LP, Appellants**

**V.**

**MORBEN REALTY CO., INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04626**

## ORDER
Before Chief Justice Wright, Justice Evans, and Justice Brown

This is an appeal from the trial court's August 17, 2017 judgment in a breach of contract suit. A cross-appeal was also filed challenging the denial of attorney's fees. Morben Realty Co., Inc. timely filed its cross-appellant's brief. Despite three extensions totaling more than ninety days, Texas Capital Holdings, LLC and TCHF, III, LP (collectively, "Texas Capital") have not yet filed theirs.

Our order granting the last extension cautioned Texas Capital that failure to file a brief by May 25, 2018 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). More than month has passed since that deadline. Accordingly, we

**DISMISS** Texas Capital's appeal. *See id.* 38.8(a)(1), 42.3(b),(c). The cross-appeal remains pending and will be submitted in due course.

We **DIRECT** the Clerk of the Court to change the style of this case to *Morben Realty Co., Inc. v. Texas Capital Holdings, LLC and TCHF III, LP*.

/s/    DAVID EVANS
        JUSTICE